IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOLLYE L. JACKSON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION 09-0203-WS-B** |
| | ) |
| **VAUGHAN REGIONAL MEDICAL CENTER,** | ) |
| | ) |
|    **Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 30th day of October, 2009.

                                                s/ WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE